UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE BITTNER,

       Plaintiff,

v

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

       Defendant.

Case No.:10-cv-15116

Hon.:  PATRICK J. DUGGAN

---

| Greg M. Liepshutz (P37573) | John D. Pirich (P23204) |
|---|---|
| LEVINE BENJAMIN PC | Brian T. Quinn (P66272) |
| *Attorneys for Plaintiff* | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| 27700 Northwestern Hwy., #411 | *Attorneys for Defendant* |
| 100 Galeria | 222 North Washington Square, Suite 400 |
| Southfield, Michigan  48034 | Lansing, Michigan  48933-1800 |
| (248) 352-5700 | (517) 377-0706 |
| gliepshutz@yahoo.com | bquinn@honigman.com |

---

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS**

      The parties hereto hereby stipulate and agree that this matter be dismissed with prejudice and without costs.

Respectfully Submitted

| /s/ Greg M. Liepshutz (with permission) | /s/ Brian T. Quinn |
|---|---|
| Greg M. Liepshutz (P37573) | John D. Pirich (P23204) |
| LEVINE BENJAMIN PC | Brian T. Quinn (P66272) |
| *Attorneys for Plaintiff* | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| 27700 Northwestern Hwy., #411 | *Attorneys for Defendant* |
| 100 Galeria | 222 N. Washington Square, Suite 400 |
| Southfield, Michigan  48034 | Lansing, Michigan 48933-1800 |
| (248) 352-5700 | (517) 377-0706 |
| gliepshutz@yahoo.com | bquinn@honigman.com |

Dated:  July 19, 2011

Dated:  July 19, 2011

**ORDER**

    IT IS SO ORDERED.


    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: July 20, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, July 20, 2011, by electronic and or ordinary mail.

    s/Marilyn Orem
    Case Manager

9354934.1

2